STATE OF TENNESSEE
DEPARTMENT OF TRANSPORTATION



# PROPOSAL CONTRACT

FOR THE CONSTRUCTION OF

## Contract No. CNT234

CUMBERLAND COUNTY

Project No. STP-1(409), 18003-4243-04 (PIN 128765.00)

The emergency slope stabilization on U.S. 70 (S.R. 1) near L.M. 26.60.

Project Length - 0.151 miles

Completion Time - On or before 11/15/2019

The DBE goal for this contract is 2%.

DT-1390-V