UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TWIN K CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No.: 3:21-CV-74-DCP |
| | ) | |
| UMA GEOTECHNICAL CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CLAY BRIGHT, COMMISSIONER OF THE TENNESSEE DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## **FINAL JUDGMENT**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 20].

For the reasons provided in the Court's Memorandum Opinion [Doc. 96], the Court enters JUDGMENT IN FAVOR of UMA Geotechnical Construction, Inc., ("UMA") on its claim pursuant to the Tennessee Prompt Pay Act in the amount of $210,900.00.[1]

For the reasons provided in the Court's Memorandum Opinion, [Doc. 97], the Court enters JUDGMENT IN FAVOR of Twin K Construction, Inc., ("Twin K") on UMA's claims of breach of good faith and fair dealing (Count II), unjust enrichment (Count III), and the request for

---

[1] The Court arrives at this calculation as follows: 703 days x $300 = $210,900.00. *See* Tenn. Code § 66-34-104(c).

injunctive relief.  The Court further finds Twin K's motion for directed verdict for bad faith under the Tennessee Prompt Pay Act (Count IV) is **DENIED AS MOOT** as UMA conceded that it is not entitled its attorney's fees in this matter and the question of bad faith is no longer relevant.

    **IT IS SO ORDERED.**

ENTER:

*[signature: Debra C. Poplin]*
Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT