AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

Twin K Construction, Inc., )
*Plaintiff* )
v. ) Civil Action No. 3:21-cv-074
UMA, Geotechnical Construction, Inc., )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: The plaintiff Twin K Construction, Inc., shall recover from the defendant UMA, Geotechnical Construction, Inc., the amount of $77,917.07, and the defendant UMA, Geotechnical Construction, Inc., shall recover from the plaintiff Twin K Construction, Inc., the amount of $542,524.05.

This action was *(check one)*:

☒ tried by a jury with Judge  Debra C. Poplin, United States Magistrate Judge  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  04/19/2022

CLERK OF COURT

*/s/ B. Stone*
*Signature of Clerk or Deputy Clerk*